938

No. 332, Misc.   JONES v. CRANOR, SUPERINTENDENT. Supreme Court of Washington.   Certiorari denied.

No. 333, Misc.   PRYOR v. CALIFORNIA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 338, Misc.   HAWKS v. ROBINSON, WARDEN.   Supreme Court of Illinois.   Certiorari denied.

No. 343, Misc.   SWAIN v. DUFFY, WARDEN.   Supreme Court of California.   Certiorari denied.

No. 344, Misc.   QUEVREAUX v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 346, Misc.   BERTRAND v. ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 348, Misc.   BREES v. CALIFORNIA ET AL.   Supreme Court of California.   Certiorari denied.

No. 351, Misc.   SULLIVAN v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 353, Misc.   CLAYCOMB v. CLAUDY, WARDEN.   Supreme Court of Pennsylvania.   Certiorari denied.

No. 354, Misc.   DEL PINO v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 355, Misc.   HOOPER v. SCHNECKLOTH, WARDEN. Supreme Court of California.   Certiorari denied.

No. 369, Misc.   RAY v. INDIANA.   Supreme Court of Indiana.   Certiorari denied.